**Order filed September 28, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00148-CV**

_____

**CHERYL WARD, INDIVIDUALLY, AND CHERYL WARD DBA TLC MHMR, Appellant**

**V.**

**ELLEN PERRY, AS REPRESENTATIVE OF HELEN BLOOMFIELD, Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-1609**

# O R D E R

Appellant's brief was due September 20, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 20, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant